UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALAN J. PERRY, NINA E. PERRY and LAURA A. PERRY, <br><br> Plaintiffs, <br><br> v. <br><br> PETER TINKHAM and JULIET ALEXANDER, <br><br> Defendants. | ) ) ) ) ) ) Docket no. 2:15-cv-00310-GZS ) ) ) ) ) ) |

**ORDER REMANDING CASE TO STATE COURT**

Before the Court is the Motion to Vacate Removal, Remand to the State Court and Award Attorney's Fees filed by Plaintiffs (ECF No. 8) (the "Motion to Remand and Request for Fees"), which is hereby GRANTED IN PART AND DENIED IN PART.

Mindful that "[r]emoval statutes should be strictly construed against removal and doubts resolved in favor of remand," Kingsley v. Lania, 221 F. Supp. 2d 93, 95 (D. Mass. 2002), for the reasons adequately stated in the Motion to Remand and Request for Fees, the Motion to Remand is GRANTED. For the reasons set forth in the Recommended Decision and Order (ECF No. 14 in D. Me. Docket No. 1:14-cv-445), as affirmed by this Court's Order (ECF No. 19 in D. Me. Docket No. 1:14-cv-445), the Request for Fees is DENIED.

The Clerk is directed to REMAND this matter to Maine Superior Court, Oxford County (Docket No. RE-14-25).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 30th day of November, 2015.